FILED

2025 AUG 28 AM 9: 50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: mmc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER **MJ 25-05303** |
| PLAINTIFF(S) | 1:2023-30035-SPM-16 |
| v. | |
| MIGUEL ANGEL ARAMBURO | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: United States District Court

in the California                District of California                on 08/20/2025

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about

in violation of Title  21                U.S.C., Section(s)  841 and 846 Conspiracy to Distribute Controlled

to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: _____

Relevant document(s) on hand (attach): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/27/2025
                    Date

Signature of Agent _____

Myles Banford
Print Name of Agent

USMS
Agency

Deputy U.S. Marshal
Title